EFiled:  Dec 23 2015 09:00AM EST
Filing ID 58335018
Case Number 363,2015

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DWAYNE EVANS, | § | |
| | § | No. 363, 2015 |
|     Defendant Below-<br>    Appellant, | §<br>§ | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | Cr. ID 1206024952 |
| | § | |
|     Plaintiff Below-<br>    Appellee. | §<br>§ | |

Submitted: November 4, 2015
Decided:    December 23, 2015

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## O R D E R

This 23rd day of December 2015, upon consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, the Court concludes that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned decision dated June 9, 2015. The Superior Court did not err in concluding that the appellant's second motion for postconviction relief was procedurally barred by Superior Court Criminal Rule 61(i)(2) and that the motion failed to satisfy the pleading requirements of Rule 61(d)(2) in order to overcome the procedural hurdle.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

_____
Justice

2